## Commonwealth *v.* Choice, Appellant.

Submitted March 16, 1970. *Lynwood F. Blount,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.